**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monster Energy Company,<br><br>    Petitioner,<br><br>    v.<br><br>Sainte Claire,<br><br>    Respondent. | ED CV 17-1111 PA (SKx)<br><br>JUDGMENT |

    Pursuant to the Court's August 25, 2017, Minute Order granting the Petition to Confirm Arbitration Award filed by petitioner Monster Energy Company ("Monster"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    The arbitration award (the "Award") issued by the Hon. Stephen J. Sundvold (Ret.), an arbitrator appointed by JAMS/Endispute ("JAMS"), in the binding arbitration between Monster and respondent Sainte Claire, JAMS Case No. 1200052081, is confirmed in its entirety.

    2.    The Court enters judgment in favor of Monster and against Sainte Claire in the amount of $138,966.11.

//

//

3. Monster is awarded its costs of suit.

DATED: August 25, 2017

                                                 Percy Anderson
                                    UNITED STATES DISTRICT JUDGE